| COUNTY COURT, COUNTY OF JEFFERSON, COLORADO<br>Jefferson County Court & Administrative Facility<br>100 Jefferson County Parkway<br>Golden, Colorado 80401<br>720-772-2560 | DATE FILED: April 5, 2021 10:28 AM<br>FILING ID: A1A126EEBB895<br>CASE NUMBER: 2021C32820 |
|---|---|
| Plaintiff:<br><br>**MARQUEST, LLC**<br><br>v.<br><br>Defendant:<br><br>**YAGOUARANDI ENTERPRISES, LLC; DEREK THEISS; AND ALL OTHER OCCUPANTS OF 5555 W. 69TH AVENUE, ARVADA, COLORADO** | ▲ COURT USE ONLY ▲ |
| *Attorney for Plaintiff, Marquest, LLC:*<br>Douglas W. Brown, Reg. No. 10429<br>Scott W. Drusch, Reg. No. 49894<br>BROWN DUNNING WALKER FEIN PC<br>2000 S. Colorado Blvd.<br>Tower Two, Suite 700<br>Denver, CO 80222<br>Telephone: 303-329-3363<br>E-Mail: dbrown@bdwf-firm.com; sdrusch@bdwf-firm.com | Case No.: 2021C32820<br>Division: H |
| **COMPLAINT IN FORCIBLE ENTRY AND DETAINER AND FOR DAMAGES** ||

Plaintiff, **MARQUEST, LLC** ("MarQuest"), by and through its undersigned counsel, Brown Dunning Walker Fein PC, for its Complaint in Forcible Entry and Detainer and for Damages ("Complaint"), states and alleges as follows:

1.  MarQuest is a Colorado limited liability company with its principal address as 13015 W. Auburn Place, Lakewood, CO 80228.

2.  MarQuest is the owner of the real property located at 5555 W. 69th Avenue, Arvada, CO 80003 (the "Premises").

3.  Defendant Yagouarandi Enterprises, LLC ("Tenant") occupies the Premises pursuant to that certain Colorado Lease Agreement with MarQuest dated October 21, 2020 (the "Lease"). A copy of the Lease is attached as **Exhibit 1**.

4. Upon information and belief, Derek Theiss is Tenant's sole member and/or manager and occupies the Premises as his residence.

5. Venue is proper in Jefferson County, Colorado pursuant to C.R.C.P. 398 because this is an action concerning real property located in Jefferson County, Colorado.

6. The Defendants are in violation of C.R.S. § 13-40-104(1)(e) for failing and/or refusing to permit an inspection of the Premises as required under the Lease.

7. MarQuest has reason to believe that the Premises is in need of repairs and/or that Defendants are damaging the Premises. Defendants boarded up various windows and doors and spray-painted "No Trespassing" on the building.

8. MarQuest is entitled to conduct reasonable inspections of the Premises during the term of the lease. The Lease, at Section 16, provides:

> Landlord and Landlord's agents shall have the right at all reasonable times during the term of this Agreement and any renewal thereof to enter the Premises for the purpose of inspecting the Premises and all buildings and improvements thereon. And [sic] for the purposes of making any repairs, additions or alterations as may be deemed appropriate by Landlord for the preservation of the Premises or the building.

9. On February 17, 2021, MarQuest posted a Demand for Compliance or Right to Possession Notice for Property Located in Jefferson County ("Demand Notice"). See Demand Notice attached hereto as **Exhibit 2**.

10. As of the date of this Complaint, Defendants have failed to allow an inspection of the Premises. Thus, Defendants continue to unlawfully hold possession of the premises in violation of C.R.S. § 13-40-104(1)(e).

11. Defendants have also failed to pay rent for January, February, and March 2021. As of March 15, 2021, Defendants owes $10,500 in unpaid rent. Defendants' failure to pay rent constitutes an additional violation of the Lease.

12. MarQuest is entitled to a judgment for immediate possession of the Premises. MarQuest's right to possession is superior to Tenant and Tenant's owner, Derek Theiss, as well as any and all other occupants.

13. MarQuest is also entitled to a judgment for all loss and damages caused by Tenant's breach of the Lease. MarQuest's damages currently include $10,500 for unpaid rent, plus MarQuest's reasonable attorney fees and costs pursuant to Section 25 of the Lease. MarQuest is not seeking any late fees or interest at this time based on Colorado's Executive Orders.

4. Upon information and belief, Derek Theiss is Tenant's sole member and/or manager and occupies the Premises as his residence.

5. Venue is proper in Jefferson County, Colorado pursuant to C.R.C.P. 398 because this is an action concerning real property located in Jefferson County, Colorado.

6. The Defendants are in violation of C.R.S. § 13-40-104(1)(e) for failing and/or refusing to permit an inspection of the Premises as required under the Lease.

7. MarQuest has reason to believe that the Premises is in need of repairs and/or that Defendants are damaging the Premises. Defendants boarded up various windows and doors and spray-painted "No Trespassing" on the building.

8. MarQuest is entitled to conduct reasonable inspections of the Premises during the term of the lease. The Lease, at Section 16, provides:

> Landlord and Landlord's agents shall have the right at all reasonable times during the term of this Agreement and any renewal thereof to enter the Premises for the purpose of inspecting the Premises and all buildings and improvements thereon. And [sic] for the purposes of making any repairs, additions or alterations as may be deemed appropriate by Landlord for the preservation of the Premises or the building.

9. On February 17, 2021, MarQuest posted a Demand for Compliance or Right to Possession Notice for Property Located in Jefferson County ("Demand Notice"). See Demand Notice attached hereto as **Exhibit 2**.

10. As of the date of this Complaint, Defendants have failed to allow an inspection of the Premises. Thus, Defendants continue to unlawfully hold possession of the premises in violation of C.R.S. § 13-40-104(1)(e).

11. Defendants have also failed to pay rent for January, February, and March 2021. As of March 15, 2021, Defendants owes $10,500 in unpaid rent. Defendants' failure to pay rent constitutes an additional violation of the Lease.

12. MarQuest is entitled to a judgment for immediate possession of the Premises. MarQuest's right to possession is superior to Tenant and Tenant's owner, Derek Theiss, as well as any and all other occupants.

13. MarQuest is also entitled to a judgment for all loss and damages caused by Tenant's breach of the Lease. MarQuest's damages currently include $10,500 for unpaid rent, plus MarQuest's reasonable attorney fees and costs pursuant to Section 25 of the Lease. MarQuest is not seeking any late fees or interest at this time based on Colorado's Executive Orders.

4.      Upon information and belief, Derek Theiss is Tenant's sole member and/or manager and occupies the Premises as his residence.

5.      Venue is proper in Jefferson County, Colorado pursuant to C.R.C.P. 398 because this is an action concerning real property located in Jefferson County, Colorado.

6.      The Defendants are in violation of C.R.S. § 13-40-104(1)(e) for failing and/or refusing to permit an inspection of the Premises as required under the Lease.

7.      MarQuest has reason to believe that the Premises is in need of repairs and/or that Defendants are damaging the Premises. Defendants boarded up various windows and doors and spray-painted "No Trespassing" on the building.

8.      MarQuest is entitled to conduct reasonable inspections of the Premises during the term of the lease. The Lease, at Section 16, provides:

> Landlord and Landlord's agents shall have the right at all reasonable times during the term of this Agreement and any renewal thereof to enter the Premises for the purpose of inspecting the Premises and all buildings and improvements thereon. And [sic] for the purposes of making any repairs, additions or alterations as may be deemed appropriate by Landlord for the preservation of the Premises or the building.

9.      On February 17, 2021, MarQuest posted a Demand for Compliance or Right to Possession Notice for Property Located in Jefferson County ("Demand Notice"). See Demand Notice attached hereto as **Exhibit 2**.

10.     As of the date of this Complaint, Defendants have failed to allow an inspection of the Premises. Thus, Defendants continue to unlawfully hold possession of the premises in violation of C.R.S. § 13-40-104(1)(e).

11.     Defendants have also failed to pay rent for January, February, and March 2021. As of March 15, 2021, Defendants owes $10,500 in unpaid rent. Defendants' failure to pay rent constitutes an additional violation of the Lease.

12.     MarQuest is entitled to a judgment for immediate possession of the Premises. MarQuest's right to possession is superior to Tenant and Tenant's owner, Derek Theiss, as well as any and all other occupants.

13.     MarQuest is also entitled to a judgment for all loss and damages caused by Tenant's breach of the Lease. MarQuest's damages currently include $10,500 for unpaid rent, plus MarQuest's reasonable attorney fees and costs pursuant to Section 25 of the Lease. MarQuest is not seeking any late fees or interest at this time based on Colorado's Executive Orders.

14. Pursuant to the Lease, rent will continue to accrue at the rate of $3,500 for April 2021, then at the rate of $4,000 per month thereafter.

15. Derek Theiss is personally liable for unpaid rent because he has been unjustly enriched by residing at the Premises for free. Mr. Theiss received a benefit at MarQuest's expense, under circumstances that would be unjust for Mr. Theiss to retain the benefit without paying Marquest the reasonable value thereof.

16. The amount demanded by MarQuest does not exceed $25,000.00.

17. MarQuest does not demand a trial by jury.

WHEREFORE, MarQuest, LLC respectfully requests

a. A judgment for possession of the Property against Defendants and all other occupants;

b. A judgment against Defendants, jointly and severally, for rent through the date of the judgment;

c. An additional judgment against Defendant Yagouarandi Enterprises, LLC for attorney fees and costs pursuant to the Lease; and

d. Such further and alternative relief as this Court deems appropriate.

DATED this 1st day of April, 2021.

Respectfully submitted,

BROWN DUNNING WALKER FEIN PC

*s/ Scott W. Drusch*
Douglas W. Brown, Atty. Reg. No. 10429
Scott W. Drusch, Atty. Reg. No. 42494
*Attorneys for MarQuest, LLC*

Plaintiff's Address:
13015 W. Auburn Place
Lakewood, CO 80228

14. Pursuant to the Lease, rent will continue to accrue at the rate of $3,500 for April 2021, then at the rate of $4,000 per month thereafter.

15. Derek Theiss is personally liable for unpaid rent because he has been unjustly enriched by residing at the Premises for free. Mr. Theiss received a benefit at MarQuest's expense, under circumstances that would be unjust for Mr. Theiss to retain the benefit without paying Marquest the reasonable value thereof.

16. The amount demanded by MarQuest does not exceed $25,000.00.

17. MarQuest does not demand a trial by jury.

WHEREFORE, MarQuest, LLC respectfully requests

a. A judgment for possession of the Property against Defendants and all other occupants;

b. A judgment against Defendants, jointly and severally, for rent through the date of the judgment;

c. An additional judgment against Defendant Yagouarandi Enterprises, LLC for attorney fees and costs pursuant to the Lease; and

d. Such further and alternative relief as this Court deems appropriate.

DATED this 1st day of April, 2021.

Respectfully submitted,

BROWN DUNNING WALKER FEIN PC

*s/ Scott W. Drusch*
Douglas W. Brown, Atty. Reg. No. 10429
Scott W. Drusch, Atty. Reg. No. 42494
*Attorneys for MarQuest, LLC*

Plaintiff's Address:
13015 W. Auburn Place
Lakewood, CO 80228

14.     Pursuant to the Lease, rent will continue to accrue at the rate of $3,500 for April 2021, then at the rate of $4,000 per month thereafter.

15.     Derek Theiss is personally liable for unpaid rent because he has been unjustly enriched by residing at the Premises for free. Mr. Theiss received a benefit at MarQuest's expense, under circumstances that would be unjust for Mr. Theiss to retain the benefit without paying Marquest the reasonable value thereof.

16.     The amount demanded by MarQuest does not exceed $25,000.00.

17.     MarQuest does not demand a trial by jury.

WHEREFORE, MarQuest, LLC respectfully requests

a.     A judgment for possession of the Property against Defendants and all other occupants;

b.     A judgment against Defendants, jointly and severally, for rent through the date of the judgment;

c.     An additional judgment against Defendant Yagouarandi Enterprises, LLC for attorney fees and costs pursuant to the Lease; and

d.     Such further and alternative relief as this Court deems appropriate.

DATED this 1st day of April, 2021.

Respectfully submitted,

BROWN DUNNING WALKER FEIN PC

*s/ Scott W. Drusch*
Douglas W. Brown, Atty. Reg. No. 10429
Scott W. Drusch, Atty. Reg. No. 42494
*Attorneys for MarQuest, LLC*

Plaintiff's Address:
13015 W. Auburn Place
Lakewood, CO 80228

3